UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SAHAKYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00694-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 2, 11) |

　　　　Plaintiff Karen Sahakyan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 20, 2019, plaintiff filed a motion for a temporary restraining order and a preliminary injunction to enjoin defendants from merging inmates in protective custody with inmates in general population onto the same yard at Avenal State Prison. (Doc. No. 2 at 2–3.) On October 28, 2019, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion be denied because plaintiff has since been transferred to Soledad State Prison, rendering his request for injunctive relief, which relates to Avenal State Prison, moot. (Doc. No. 11 at 4.) It was also recommended that plaintiff's motion be denied because "he has not demonstrated a likelihood of success on the merits, a likelihood of irreparable

1

harm, of a weighing of the equities that tips in his favor." (*Id*.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id*. at 7.) No objections to the pending findings and recommendations have been filed with the court, and the time for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 28, 2019 (Doc. No. 11) are adopted in full;
2. Plaintiff's motion for a temporary restraining order and a preliminary injunction (Doc. No. 2) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 11, 2020**

UNITED STATES DISTRICT JUDGE